1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   LISA BARNETT SWEEN, SB# 191155
2     Email: Lisa.Sween@lewisbrisbois.com
   STEPHANIE T. YANG, SB# 280006
3     Email: Stephanie.Yang@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Defendant
   LETTERMAN DIGITAL ARTS LTD. AND
7  LUCASFILM LTD.

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  JORDAN KASPERZYK, | CASE NO. 13- CV 13-03358 EMC |
| 12           Plaintiff, | **JOINT STIPULATION AND PR~~OPOS~~ED ORDER REQUESTING EARLY SETTLEMENT CONFERENCE** |
| 13           vs. | |
| 14  SHETLER SECURITY SERVICES, INC., LUCASFILM LTD., LETTERMAN | Trial Date:        July 6, 2015 |
| 15  DIGITAL ARTS LTD., MICHAEL SHETLER and Does 1 through 100, | |
| 16           Defendants. | |

18

19       Per discussions at the May 28 ADR conference, Defendants Letterman Digital Arts Ltd.,

20  Lucasfilm Ltd., Shetler Security Services, Inc., Michael Shetler, and Plaintiff hereby stipulate as

21  follows:

22       The parties agree that a settlement conference with a magistrate judge is appropriate for

23  this matter. The parties respectfully request that the Court permit a settlement conference with one

24  of the following magistrate judges pending availability, in order of preference:

25       1.  Maria Elena James (all parties' agreed upon first preference)

26       2.  James Spero (all Defendants' second preference)

27       3.  Laurel Beeler (Plaintiff's second preference)

28  ///

4831-3098-4731.1                                                      CV 13-03358 EMC
              JOINT STIPULATION AND PROPOSED ORDER RE EARLY SETTLEMENT CONFERENCE

4. Nathaniel Cousins and Jacqueline Corley (in no particular order of preference amongst the two judges)

IT IS SO STIPULATED.

Dated: June 11, 2014    /s/ Stephanie T. Yang
LEWIS BRISBOIS BISGAARD & SMITH LLP
Lisa Barnett Sween
Stephanie T. Yang
Counsel for Defendants Lucasfilm Ltd. and
Letterman Digital Arts Ltd.

Dated: June 11, 2014    /s/ James Costello
THE LAW OFFICES OF JAMES F. COSTELLO
James Costello
Counsel for Plaintiff Jordan Kasperzyk

Dated: June 11, 2014    /s/ Katarzyna W. Nowak
FISHER & PHILLIPS LLP
Katarzyna W. Nowak
Counsel for Defendants Shetler Security Services, Inc. and Michael Shetler

## ~~PROPOSED~~ ORDER

~~The parties are hereby ordered to participate in a settlement conference with one of the five magistrate judges noted above.~~  This case is referred to Magistrate Maria-Elena James for settlement conference. Settlement conference is to be completed by 9/30/14.

Dated: 6/16/14

_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen



4831-3098-4731.1

2

CV 13-03358 EMC

JOINT STIPULATION AND PROPOSED ORDER RE EARLY SETTLEMENT CONFERENCE

**FEDERAL COURT PROOF OF SERVICE**

*Jordan Kasperzyk v. Shetler Security Services, Inc.*
USDC-Northern District Case No. CV 13-03358 EMC

File No. 33286.03

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 11, 2014, I served the following document(s):

**JOINT STIPULATION AND PROPOSED ORDER RE EARLY SETTLEMENT CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 11, 2014, at San Francisco, California.

/s/ *Gloria Joyce*
Gloria Joyce

4831-3098-4731.1                                                    CV 13-03358 EMC
JOINT STIPULATION AND PROPOSED ORDER RE EARLY SETTLEMENT CONFERENCE

# SERVICE LIST
*Kasperzyk v. Shelter Security Services, Inc., et al.*
USDC – Northern District Case No. 13-03358 EMC

| | |
|---|---|
| Geraldine Armendariz, Esq.<br>Law Offices of Geraldine Armendariz<br>870 Market Street, Suite 1175<br>San Francisco, CA  94102<br>***Attorneys for Plaintiff*** | Tel:   415-986-0873<br>Fax:  415-986-0276<br>Email: gerarmesq@gmail.com |
| James F. Costello, Esq.<br>Law Offices of James F. Costello<br>18 Brooke Circle<br>Mill Valley, CA  94941 | Tel:   415-388-9060<br>Fax:  415-388-9070<br>Email: jfcostellobarrister@gmail.com |
| Roger W. Haines, Esq.<br>Law Office of Roger W. Haines<br>13125 Shalimar Place<br>Del Mar, CA  92014 | Tel:   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<br>Email: bhaines@san.rr.com |
| Katarzyna W. Nowak, Esq.<br>Fisher & Phillips LLP<br>One Embarcadero Center, Suite 2050<br>San Francisco, CA  94111<br>***Attorneys for Co-Defendant Shetler Security Services*** | Tel:   415-490-9000<br>Fax:  415-490-9001<br>Email:  knowak@laborlawyers.com |
| Clarence M. Belnavis, Esq.<br>Fisher & Phillips LLP<br>111 SW Fifth Avenue, Suite 4040<br>Portland, OR  97204 | Tel:   503-242-4262<br>Fax:  503-242-4263<br>Email: cbelnavis@laborlawyers.com |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW