1  LISA BARNETT SWEEN (State Bar No. 191155)
   STEPHANIE T. YANG (State Bar No. 280006)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California  94111-4615
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  Lisa.Sween@jacksonlewis.com
5  E-mail:  Natalia.Fulton@jacksonlewis.com

6  Attorneys for Defendants LUCASFILM LTD. and
   LETTERMAN DIGITAL ARTS LTD.
7

8                    UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

10

11  JORDAN KASPERZYK,                    Case No. CV 13-03358 EMC

12              Plaintiff,               **NOTICE OF SUBSTITUTION OF
                                         COUNSEL; [PROPOSED] ORDER**
13       v.

14  SHETLER SECURITY SERVICES, INC.,     Assigned to:  Hon. Edward M. Chen
    LUCASFILM LTD., LETTERMAN DIGITAL
15  ARTS LTD., MICHAEL SHETLER and
    Does 1 through 100,
16
                Defendants.
17

18       Notice is hereby given that, subject to approval by the Court, Defendants LUCASFILM

19  LTD. AND LETTERMAN DIGITAL ARTS LTD. substitute and designate Jackson Lewis P.C.

20  for Lewis Brisbois Bisgaard & Smith LLP as its sole counsel of record in the above-referenced

21  case, effective October 6, 2014.  Counsel and the interested parties hereby agree to said

22  substitution and designation as follows:

23  Dated: October 7, 2014                JACKSON LEWIS P.C.

24

25                                        By: _____
                                              Lisa Barnett Sween
26                                            Natalja M. Fulton
                                              Incoming Attorneys for Defendant
27                                            Defendants LUCASFILM LTD. and
                                              LETTERMAN DIGITAL ARTS LTD.
28

| | | |
|---|---|---|
| 1 | Dated: October ___, 2014 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Outgoing Attorneys for Defendants<br>LUCASFILM LTD. and<br>LETTERMAN DIGITAL ARTS LTD. |
| 5 | | |

6  THE FOLLOWING PARTY HEREBY CONSENTS TO THIS SUBSTITUTION:

8  Dated: October 6, 2014        By: _[signature]_

9                                LUCASFILM LTD. and LETTERMAN
                                  DIGITAL ARTS LTD.

11  THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED:

13  Dated: October ___, 2014     By:_____

14                                Judge of the District Court

Dated: October 7, 2014            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

Outgoing Attorneys for Defendants
LUCASFILM LTD. and
LETTERMAN DIGITAL ARTS LTD.

THE FOLLOWING PARTY HEREBY CONSENTS TO THIS SUBSTITUTION:

Dated: October 6, 2014            By: Natalie Alfi Trebott

not LUCASFILM LTD. and LETTERMAN
DIGITAL ARTS LTD.

THE SUBSTITUTION OF COUNSEL IS HEREBY APPROVED AND SO ORDERED:

Dated: October 7, 2014            By: _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA