Geraldine Armendariz (State Bar # 97196)
LAW OFFICES OF GERALDINE ARMENDARIZ
870 Market Street, Suite 1175
San Francisco, California 94102
(415) 986-0873 Telephone
(415) 986-0276 Facsimile

James F. Costello (State Bar # 94964)
LAW OFFICES OF JAMES F. COSTELLO
18 Brooke Circle
Mill Valley, California  94941
(415) 388-9060 Telephone
(415) 388-9070 Facsimile

Attorneys for Plaintiff
Jordan Kasperzyk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN KASPERZYK,<br><br>            Plaintiff,<br><br>    vs.<br><br>SHETLER SECURITY SERVICES, INC., et al<br><br>            Defendants. | CASE NO. 3:13-cv-03358-JSC<br><br>**STIPULATION FOR FILING OF FOURTH AMENDED COMPLAINT** |

JORDAN KASPERZYK, plaintiff herein, SHETLER SECURITY SERVICES, INC., defendant herein, MICHAEL SHETLER, defendant herein, LUCASFILM LTD, defendant herein, and LETTERMAN DIGITAL ARTS LTD., defendant herein, stipulate and consent in writing, through their respective counsel, within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that Plaintiff may file his Fourth Amended Complaint in the instant action, which is attached to this stipulation as Exhibit A.

The parties further stipulate that the amendment will date and relate back to the date of filing of the original complaint.

Dated: October 21, 2014

/s/ Geraldine Armendariz
Geraldine Armendariz
Attorney for Plaintiff JORDAN KASPERZYK

Dated: October 22, 2014

/s/ Kasia W. Nowak
Kasia W. Nowak
Attorney for Defendant SHETLER SECURITY SERVICES, INC

Dated: October 22, 2014

/s/ Kasia W. Nowak
Kasia W. Nowak
Attorney for Defendant MICHAEL SHETLER

Dated: October 21, 2014

/s/ Stephanie Yang
Stephanie Yang
Attorney for Defendant LUCASFILM LTD

Dated: October 21, 2014

/s/ Stephanie Yang
Stephanie Yang
Attorney for Defendant LETTERMAN DIGITAL ARTS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 27, 2014

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE

2
**STIPULATION FOR FILING OF FOURTH AMENDED COMPLAINT**