1  Katarzyna W. Nowak (SBN 256977)
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2050
   San Francisco, CA  94111-3712
3  Telephone:  415/490-9000
   Facsimile:  415/490-9001
4  E-Mail: knowak@laborlawyers.com

5  Clarence M. Belnavis (OSB 942463) (Admitted *Pro Hac Vice*)
   FISHER & PHILLIPS LLP
6  111 SW Fifth Avenue, Suite 4040
   Portland, OR 97204
7  Telephone:  503/242-4262
   Facsimile:  503/242-4263
8  E-Mail: cbelnavis@laborlawyers.com

9
   Attorneys for Defendants
10 SHETLER SECURITY SERVICES, INC.,
   MICHAEL SHETLER
11

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 JORDAN KASPERZYK, an individual          CASE NO. 3:13-cv-03358-EMC

17              Plaintiff,
                                            **JOINT STIPULATION TO HEAR**
18       vs.                                **DEFENDANTS' MOTIONS FOR**
                                            **SUMMARY JUDGMENT ON FEBRUARY**
19 SHETLER SECURITY SERVICES, INC.,         **26, 2015**
   LUCASFILM LTD., LETTERMAN
20 DIGITAL ARTS, LTD., SKYWALKER            Judge      The Hon. Edward M. Chen
   PROPERTIES LTD., LLC, MICHAEL            Date:      February 19, 2015
21 SHELTER, et al.                                     [Proposed:
                                                       February 26, 2015]
22            Defendants.                    Time:      1:30 p.m.
                                            Crt. Rm.    5, 17th Floor
23                                          Trial Date: July 6, 2015

24

25       JORDAN KASPERZYK, plaintiff herein, SHETLER SECURITY SERVICES, INC.,

26 defendant herein, MICHAEL SHETLER, defendant herein, LUCASFILM LTD, defendant herein,

27 LETTERMAN DIGITAL ARTS, LTD, defendant herein, and SKYWALKER PROPERTIES

28 LTD., LLC, defendant herein, stipulate and consent in writing, through their respective counsel,

---

**JOINT STIPULATION TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON**
**FEBRUARY 26, 2015**

1  within the meaning of Rule 15(a) of the Federal Rules of Civil Procedure, that the date to hear

2  Defendants' Motions for Summary Judgment be moved from the February 19, 2015 to February

3  26, 2015.

4       Plaintiff's Opposition to Defendants' Shetler Security Services Inc's and Michael Shetler's

5  Motion for Summary Judgment shall be filed on or by January 27, 2015, while Defendants' Reply

6  to Plaintiff's Opposition to Defendants' Motion for Summary Judgment shall be filed on or by

7  February 3, 2015.

8

9  Dated: Janaury 22, 2015

10                                             /s/ Geraldine Armendariz
                                               Geraldine Armendariz
11                                             James F. Costello
                                               Attorneys for Plaintiff
12                                             JORDAN KASPERZYK

13  Dated: January 22, 2015

14                                             /s/ Katarzyna W. Nowak
                                               Katarzyna W. Nowak
15                                             Clarence M. Belnavis
                                               Attorneys for Defendant SHETLER
16                                             SECURITY SERVICES, INC., MICHAEL
                                               SHETLER
17

18  Dated: Janaury 22, 2015

19                                             /s/ Stephanie T. Yang
                                               Lisa Barnett Sween
20                                             Stephanie T. Yang
                                               Attorneys for Defendants
21                                             LUCASFILM LTD, LETTERMAN DIGITAL
                                               ARTS, LTD
22

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

25  Dated:    1/23/15

26                                             UNITED STATES DISTRICT JUDGE
                                               HON. EDWARD M. CHEN
27

28                                             2

IT IS SO ORDERED
Judge Edward M. Chen

**JOINT STIPULATION TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON FEBRUARY 26, 2015**

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Contra Costa County. I am over the age of 18 and not a party to the within action.  My business address is One Embarcadero Center, Suite 2050, San Francisco, CA  94111-3709.  On this date, pursuant to the General Order on Electronic Filing of the Northern District of California, I electronically filed the foregoing **JOINT STIPULATION TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON FEBRUARY 26, 2015,** with the clerk of the Court using the CM/ECF filing system, which will send notification of such filings to the following:

| | |
|---|---|
| Geraldine Armendariz<br>Law Offices of Geraldine Armendariz<br>870 Market Street, Suite 1175<br>San Francisco, CA  94102 | Counsel for Plaintiff<br><br>Telephone:  415/986-0873<br>Facsimile:   415/986-0276 |
| James F. Costello<br>Law Offices of James F. Costello<br>18 Brooke Circle<br>Mill Valley, CA  94941 | Co-Counsel for Plaintiff<br><br>Telephone: 415/388-9060<br>Facsimile:   415/388-9070<br>jfcostellobarrister@gmail.com |
| Lisa Barnett Sween<br>Stephanie T. Yang<br>Jackson Lewis P.C.<br>50 California Street, 9th Floor<br>San Francisco, CA 94111-4615 | Counsel for Defendants LUCASFILM LTD.,<br>LETTERMAN DIGITAL ARTS LTD. &<br>SKYWALKER PROPERTIES LTD. LLC<br><br>Telephone:  415/394-9400<br>Facsimile:  415/394-9401<br>lisa.sween@jacksonlewis.com<br>stephanie.yang@jacksonlewis.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2015, at San Francisco, California.

/s/ *Suddie Scott*_____
Suddie Scott

3