UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN KASPERZYK, | No. C13-3358 EMC |
| Plaintiff, | **ORDER RE FEBRUARY 26, 2015, SUMMARY JUDGMENT HEARING** |
| v. | |
| SHELTER SECURITY SERVICES, INC., et al., | |
| Defendants. | |

At the hearing on Defendants' summary judgment motions, to take place on Thursday, February 26, 2015, the parties shall be prepared to discuss whether Plaintiff's posting as a security officer at the day care center was available to Plaintiff at the time of his discharge on November 4, 2010.

IT IS SO ORDERED.

Dated: February 24, 2015

_____
EDWARD M. CHEN
United States District Judge