UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN KASPERZYK,<br><br>    Plaintiff,<br><br>    v.<br><br>SHETLER SECURITY SERVICES, INC., et al.,<br><br>    Defendants. _____/ | No. C13-3358 EMC/TEH<br><br>**ORDER REGARDING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(Docket Nos. 92 and 98)** |

On February 26, 2015, this Court held a hearing on a summary judgment motion brought by Defendants Shetler Security Services, Inc. and Michael Shetler (collectively, SSS). Docket No. 98. The Court also heard argument on a summary judgment motion brought by Defendants Lucasfilm Ltd.; Letterman Digital Arts Ltd.; and Skywalker Properties (collectively, Lucasfilm). Docket No. 92.

On March 6, 2015, this case was reassigned to the Honorable Thelton Henderson for all further proceedings. Docket No. 114. In order to aide Judge Henderson and the parties in preparing this case for trial, the Court hereby provides its summary judgment rulings. The undersigned will issue a fuller Order containing this Court's reasoning for its summary judgment rulings in due course:

A.    <u>Docket No. 92 (Lucasfilm's Motion for Summary Judgment)</u>

The Court **DENIES** Lucasfilm's motion for summary judgment in its entirety.

///

///

///

B.   <u>Docket No. 98 (SSS's Motion for Summary Judgment)</u>

The Court **GRANTS** SSS's motion for summary judgment on the following claims[1]: Claim 4 (Breach of Contract Reached at "Arbitration"); Claim 6 (Retaliation); Claim 9 (Fraud); and Claim 10 (Intentional Infliction of Emotional Distress).  The Court denies the remainder of SSS's motion.

IT IS SO ORDERED.

Dated: March 6, 2015

_____

EDWARD M. CHEN

United States District Judge

---

[1] *See* Docket No. 88-1 (Fourth Amended Complaint).